**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

(Other Civil)

Rory M. Wincell,

Plaintiff

vs.

Equifax Risk Management Services,
A division of Equifax Credit Information Services, Inc.
Risk Management Alternatives, Inc.,

Defendants

CV 01-1568 RHK/JMM

**ORDER OF DISMISSAL OF ACTION**

Whereas the parties have reached a settlement of this matter and no answers or other responsible pleading has been filed by the Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiff requests that the above-captioned case against all parties be dismissed with prejudice.

IT IS THEREFORE ORDERED, that this case be dismissed with prejudice.

Dated: 10/18/01

Everhart Law Office, LTD
Robert J. Everhart #180671
Attorney for Plaintiff
P.O. Box 120534
New Brighton, MN 55112
651-636-9212

Dated: 10/24/01

RICHARD H. KYLE
UNITED STATES DISTRICT JUDGE

FILED OCT 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK